Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ. Absent: Pound, J.

---

Aimone Manufacturing Company, Appellant, v. Carl R. Schultz et al., as Trustees of Louise Schultz et al., Respondents.

*Landlord and tenant — specific performance — action to compel specific performance of alleged agreement to renew lease.*

*Aimone Mfg. Co.* v. *Schultz,* 210 App. Div. 41, affirmed.

(Argued May 11, 1925; decided June 2, 1925.)

Appeal from a judgment, entered July 12, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The action was to compel specific performance by the defendant trustees of an alleged oral agreement to renew a lease of certain property occupied by the plaintiff as a factory at Nos. 433–437 East Twenty-second street and Nos. 430–436 East Twenty-third street, in the city of New York, for a term of five years commencing May 1, 1921.

*Robert S. Johnstone* and *Ellery O. Anderson* for appellant. *Henry T. Hall* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ. Absent: Pound, J.

---

Moses Beal, Respondent, v. Standard Oil Company of New York et al., Appellants.

*Negligence — proximate cause — injury from explosion of gasoline in well — liability of owner and installer of adjacent gasoline pump.*

*Beal* v. *Standard Oil Co. of N. Y.,* 212 App. Div. 822, affirmed.

(Argued May 11, 1925; decided June 2, 1925.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1925, unanimously